```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jul 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MASON JOHN SHEPPARD, <br><br> Defendant. | NO.: 3-20-70996 MAG <br><br> MODIFIED SEALING ORDER |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the previously entered sealing order is modified as follows: the complaint, the arrest warrant, this Order, and all related documents shall be sealed, except for such disclosures of copies of the complaint and arrest warrant by law enforcement as may be necessary during the arrest and extradition process.

IT IS SO ORDERED.

DATED: July 23, 2020

*Sallie Kim*

HON. SALLIE KIM
United States Magistrate Judge